**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**

**BRIAN ADAMS, ET AL.**

**VS.**

**C.A. No. 7:21-CV-00082-REW-CJS**

**3M COMPANY, ET AL.**

## VERIFIED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, Mike Martin of Martin Walton Law Firm and Johnny Givens of Givens Law Firm, PLLC, and file this motion to withdraw and would respectfully show the Court as follows:

### I.
### Basis for Withdrawal

1. This case has been remanded from the 6th Circuit for further handling.

2. On May 3, 2020, Glenn Hammond of Glenn Martin Hammond Law Offices, PLLC (Hammond Firm) retained the Martin Walton Law Firm to handle fifty-three of Mr. Hammond's cases filed in the Circuit Court of Pike County, Division 2. *See,* Ex. 1, Affidavit of Mike Martin. In September 2020, Martin Walton Law Firm contracted with Givens Law Firm, PLLC, to assist the firm in the prosecution of these fifty-three cases. *Id.* The undersigned do not have a formal agreement with Hammond on any other case, including this case. The firm names of both the Martin Walton Law Firm and the Givens Law Firm, PLLC were unilaterally placed on other complaints without obtaining the approval of the undersigned, including this complaint. *Id.*

3. The undersigned did agree to perform briefing on the jurisdictional issues in dispute. However, those jurisdictional issues are now resolved in this case, because of the 6th Circuit order of remand. Therefore, the Martin Walton Law Firm and the Givens Law Firm, PLLC respectfully request they be allowed to withdraw. *Id.*

4. Neither the Martin Walton Law Firm nor the Givens Law Firm, PLLC have any contract or power of attorney to represent any of the Plaintiffs in the above styled cause. The undersigned did not sign the original complaints. *Id.*

5. The clients will not be prejudiced by the withdrawal because they continued to be represented by their original attorney, Glenn Hammond, who filed these complaints and signed these complaints. *Id.*

## II.
## CONCLUSION

6. For these reasons, Martin Walton Law Firm and Givens Law Firm, PLLC respectfully request this Court to grant their request to withdraw as counsel of record in this cause of action.

Respectfully submitted,

**MARTIN WALTON LAW FIRM**

*/s/Michael B. Martin*
Michael B. Martin
Texas Bar No.: 13094400
Kentucky Bar No. 96907
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
T: (713) 773-2035
F: (832) 559-0878
mmartin@martinwaltonlaw.com

*/s/Johnny Givens*
Johnny Givens
Kentucky Bar No.: 98938
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157
T: (601) 300-2009
F: (601) 651-3948
johnny@givens-law.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served electronically or via US Mail on this 12th day of May 2023, upon all parties of record.

*/s/Michael Martin*
Michael B. Martin