**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**

**BRIAN ADAMS, ET AL.**

**VS.** **C.A. No. 7:21-CV-00082-REW-CJS**

**3M COMPANY, ET AL.**

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

# AFFIDAVIT OF MIKE MARTIN

BEFORE ME, the undersigned authority, personally appeared Mike Martin, who being by me duly sworn deposed as follows:

> "My name is Mike Martin. I am of sound mind and capable of making this affidavit, am over the age of 21, and I have personal knowledge of the facts herein and they are all true and correct to the best of my knowledge and belief.
>
> On May 3, 2020, Glenn Hammond of Glenn Martin Hammond Law Offices, PLLC (Hammond Firm) retained the Martin Walton Law Firm to handle fifty-three of Mr. Hammond's cases filed in the Circuit Court of Pike County. In September 2020, Martin Walton Law Firm contracted with Givens Law Firm, PLLC, to assist the firm in the prosecution of these fifty-three cases. The Givens Law Firm, PLLC has no contractual relationship with Glenn Martin Hammond. The undersigned do not have a formal agreement with the Hammond Firm on any other case, including this case. The firm names of both the Martin Walton Law Firm and the Givens Law Firm, PLLC firm were unilaterally placed on other complaints without obtaining the approval of the undersigned, including this complaint.
>
> I did agree to perform a limited briefing on the jurisdictional issues in this dispute. However, those jurisdictional issues are now resolved in this case, because of the 6th Circuit order of remand. Neither the Martin Walton Law Firm nor the Givens Law Firm, PLLC, have any contract or power of attorney to represent any of the Plaintiffs in the above styled cause. The undersigned lawyers, Mike Martin and Johnny Givens did not sign the original complaint to this action.

Recently in a separate proceeding styled *Johnny Wilson, et ux. v. 3M Company, et al,* the 2nd Circuit Court of Pikeville found that Mr. Hammond filed an affidavit which was conclusively shown to be "materially false." Based upon this finding, the undersigned is now in conflict with Mr. Hammond because the undersigned cannot provide competent and diligent representation of these clients while affiliated with Glenn Hammond. SCR 3.130 (1.7)(b)(1). The undersigned's withdrawal should cause no prejudice to the clients because there are no pending deadlines and Mr. Hammond will continue to represent their interests. Mr. Hammond is the only individual with powers of attorneys on behalf of these clients."

FURTHER AFFIANT SAYETH NOT.

Mike Martin

SUBSCRIBEFD AND SWORN TO BEFORE ME on this the 19th day of April, 2023.

MELISSA J. GERMAN
Notary Public, State of Texas
Comm. Expires 04-21-2023
Notary ID 4505208

Melissa J. German
Notary Public in and for
The State of Texas

My Commission Expires: 4/21/2023