**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

| | | |
|---|---|---|
| **BRIAN ADAMS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 7:21-CV-82-REW** |
| **v.** | § | |
| | § | |
| **3M COMPANY, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**PROPOSED CASE MANAGEMENT PLAN**

COMES NOW, the Martin Walton Law Firm and the Givens Law Firm who would respectfully show the Court as follows:

I.

This Court has requested a case management plan to be submitted, jointly if possible, no later than May 26, 2023. This is to advise the Court that the Martin Walton Law Firm and the Givens Law Firm presently have motions to withdraw which have been previously filed with the Court. *See,* (Court Doc. # 44, 44-1, and 44-2.) Because counsel is seeking a withdrawal, they do not think it is appropriate for them to participate in any case management discussion and will not be filing any document relating to case management matters.

The undersigned would respectfully request that the Court sign the orders allowing a withdrawal. The Plaintiffs will continue to be represented by Glenn Hammond who is the original filing attorney and it is Mr. Hammond who holds the contracts to represent these individuals, not the undersigned.

Respectfully submitted,

**MARTIN WALTON LAW FIRM**

*/s/Michael B. Martin*
Michael B. Martin
Texas Bar No.: 13094400
Kentucky Bar No. 96907
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 77546-4580
T: (713) 773-2035
F: (832) 559-0878
mmartin@martinwaltonlaw.com

*/s/Johnny Givens*
Johnny Givens
Kentucky Bar No.: 98938
GIVENS LAW FIRM, PLLC
240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157
T: (601) 300-2009
F: (601) 651-3948
johnny@givens-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served electronically or via US Mail on this 25th day of May 2023, upon all parties of record.

*/s/Michael Martin*
Michael B. Martin