UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRIAN ADAMS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.<br><br>Defendants. | ) | Civil Action No. 7:21-CV-82-REW-CJS<br><br>**<u>DEFENDANTS' JOINT STATUS REPORT</u>** |

* * * * * * * * * * *

Pursuant to this Court's Order (Doc #: 45), for the parties to submit a joint status report, including a proposed case management plan, Defendants 3M Company, American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Mine Safety Appliances Company, LLC, Mine Service Company, Inc., and Kentucky Mine Supply Company, jointly state as follows:[1]

Plaintiffs are currently represented by Attorneys Mike Martin, Johnny Givens, and Glenn Hammond. On May 12, 2023, Attorneys Martin and Givens moved this Court to withdraw as counsel for Plaintiffs (Doc #: 44). The Court has not yet ruled on the motion. On May 19, 2023, 3M's counsel sent an email to Attorneys Martin, Givens and Hammond, seeking their input on the Court's order for a joint status report. On May 22, 2023, Attorney Givens responded, stating "[s]ince we have asked to withdraw as counsel for all plaintiffs, I do not believe Mike [Martin]

---

1 On July 28, 2022, Defendants Aearo Technologies, LLC and Aearo LLC filed a Suggestion of Bankruptcy for Aearo Technologies LLC and Certain of its Affiliates and Notice of Automatic Stay of Proceedings (Doc #: 32).

and I are in a position to agree to anything on behalf of the clients." See emails attached collectively, as **Exhibit 1**.

On May 25, 2023, Attorneys Martin and Givens filed a Proposed Case Management Plan (Doc #: 46), informing the Court and the parties that "[b]ecause counsel is seeking a withdrawal, they do not think it is appropriate for them to participate in any case management discussion and will not be filing any document relating to case management matters." (Doc #: 46, Page 1).

On May 26, 2023, Attorney Glenn Hammond finally responded to the email from 3M's counsel that was sent one week earlier. Attorney Hammond requested "ten [10] additional days to discuss this matter." 3M's counsel responded that the Court's Order (Doc #: 45), required the parties to submit a proposed case management plan by no later than May 26. However, 3M's counsel stated that he was "certainly willing to engage in discussions regarding the [case management plan]." 3M's counsel then requested that Attorney Hammond inform all defense counsel of his availability in the next 10 days for a Zoom call to discuss the case management plan. See emails attached collectively, as **Exhibit 1**.

Defendants attach a proposed case management plan herewith.

Respectfully submitted by,


| | |
|---|---|
| */s/ Byron N. Miller*<br>Byron N. Miller<br>Michael J. Bender<br>THOMPSON MILLER & SIMPSON PLC<br>734 West Main Street, Suite 400<br>Louisville, KY 40202<br>Telephone: (502) 585-9900<br>Facsimile: (502) 585-9993<br>bmiller@tmslawplc.com<br>mbender@tmslawplc.com<br>mhess@tmslawplc.com<br>mhendricks@tmslawplc.com | */s/ M. Trent Spurlock (by BNM with permission)*<br>M. Trent Spurlock<br>Alice A. Jones<br>Dinsmore & Shohl, LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Trent.Spurlock@Dinsmore.com<br>Alice.Jones@Dinsmore.com<br>Brenda.Goodhue@Dinsmore.com<br>*Counsel for Defendant Mine Safety Appliances Company, LLC* |

| | |
|---|---|
| Bryant J. Spann<br>Robert H. Akers<br>THOMAS COMBS & SPANN<br>300 Summers Street, Suite 1380<br>Charlestown, WV 25301<br>Telephone: (304) 414-1800<br>Facsimile: (304) 414-1801<br>BSpann@tcspllc.com<br>RAkers@tcspllc.com<br>JBrowne@tcspllc.com<br>LGibson@tcspllc.com<br>*Counsel for Defendant 3M Company* | |
| */s/ Whitney Frazier Watt (by BNM with permission)*<br>Robert M. Connolly<br>Carol Dan Browning<br>Whitney Frazier Watt<br>Emily L. Startsman<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>rconnolly@stites.com<br>cbrowning@stites.com<br>wwatt@stites.com<br>estartsman@stites.com<br>*Counsel for Defendants American Optical Corporation, Cabot CSC Corporation, and Cabot Corporation* | */s/ Patrick W. Gault (by BNM with permission)*<br>Patrick W. Gault<br>Napier Gault Schupbach & Stevens PLC<br>730 West Main Street, Suite 400<br>Louisville, KY 40202<br>pgault@napiergaultlaw.com<br>abury@napiergaultlaw.com<br>*Counsel for Defendant Mine Service Company, Inc. and Kentucky Mine Supply Company* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed this 26th day of May 2023, through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael B. Martin<br>Martin Walton Law Firm<br>699 S. Friendswood Drive, Suite 107<br>Houston, TX 77546-4580<br>mmartin@martinwaltonlaw.com<br>rhonda@martinwaltonlaw.com<br>melissa@martinwaltonlaw.com<br>beth@martinwaltonlaw.com<br>*Counsel for Plaintiffs* | Johnny Givens<br>Givens Law Firm, PLLC<br>240 Trace Colony Park Drive, Suite 100<br>Ridgeland, MS 39157<br>johnny@givens-law.com<br>jeanreid@givens-law.com<br>*Counsel for Plaintiffs* |
| Glenn Martin Hammond<br>Glenn M. Hammond Law Office<br>5476 North Mayo Trail<br>P.O. Box 1109<br>Pikeville, KY 41501<br>gmhlaw@hotmail.com<br>erin@gmhlawoffice.com<br>*Counsel for Plaintiffs* | M. Trent Spurlock<br>Alice A. Jones<br>Dinsmore & Shohl, LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Trent.Spurlock@Dinsmore.com<br>Alice.Jones@Dinsmore.com<br>Brenda.Goodhue@Dinsmore.com<br>*Counsel for Defendant Mine Safety Appliances Company, LLC* |
| Robert M. Connolly<br>Carol Dan Browning<br>Whitney Frazier Watt<br>Emily L. Startsman<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>rconnolly@stites.com<br>cbrowning@stites.com<br>wwatt@stites.com<br>estartsman@stites.com<br>*Counsel for Defendants American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Aearo Technologies, LLC and Aearo, LLC* | Patrick W. Gault<br>Napier Gault Schupbach & Stevens PLC<br>730 West Main Street, Suite 400<br>Louisville, KY 40202<br>pgault@napiergaultlaw.com<br>abury@napiergaultlaw.com<br>*Counsel for Defendant Mine Service Company, Inc. and Kentucky Mine Supply Company* |

*/s/ Byron N. Miller*
*Counsel for Defendant 3M Company*



4875-0328-3814, v. 1