# EXHIBIT 1

**Mike Bender**

**From:** Johnny Givens <johnny@givens-law.com>
**Sent:** Monday, May 22, 2023 9:51 AM
**To:** Byron Miller; Mike Martin; Glenn Hammond
**Cc:** Bryant Spann; Rob Akers; Mike Bender
**Subject:** RE: Brian Adams and Charles Mounts

Since we have asked to withdraw as counsel for all plaintiffs, I do not believe Mike and I are in a position to agree to anything on behalf of the clients.

GIVENS LAW FIRM, PLLC
www.givens-law.com

**Johnny Givens**
Direct: (601) 844-4490
Mobile: (601) 573-1890
Fax: (601) 651-3948
240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157
www.givens-law.com
MS Bar No. 101561
KY Bar No. 98938
WV Bar No. 13949

---

**From:** Byron Miller <bmiller@tmslawplc.com>
**Sent:** Friday, May 19, 2023 2:17 PM
**To:** Mike Martin <mmartin@martinwaltonlaw.com>; Johnny Givens <johnny@givens-law.com>; Glenn Hammond <gmhlaw@hotmail.com>
**Cc:** Bryant Spann <BSpann@tcspllc.com>; Rob Akers <RAkers@tcspllc.com>; Mike Bender <mbender@tmslawplc.com>
**Subject:** Brian Adams and Charles Mounts
**Importance:** High

Dear Counsel:

In keeping with the 5/15/23 Orders of Judge Wier in the above-styled actions, the following is a detailed case management plan that I propose we submit (jointly, if possible) to the Court no later than May 26, 2023:

- Within 60 days, all plaintiffs shall answer under oath a short form set of interrogatories identifying the following:
    1. What 3M respirator products (8710, 8715, 8210) they used and what years they used them;
    2. When they were first diagnosed with CWP (black lung) and by whom;
    3. Whether they have filed state and/or federal black lung claims;
    4. The date they first consulted with a lawyer about a respirator lawsuit.
- Within 60 days, all plaintiffs shall produce (1) the engagement letter and the intake form from the first lawyer retained by the plaintiff for a respirator lawsuit, and (2) written authorizations to obtain state and federal black lung records and Social Security Earnings records.
- If any Plaintiff does not produce the foregoing preliminary information within 60 days, the court will dismiss his claim without prejudice. The Plaintiff will have another 60 days to comply with the preliminary discovery or his case will be dismissed with prejudice.
- Any Plaintiff who was diagnosed with CWP (black lung) more than one year prior to the filing of the Complaint, shall submit to a short deposition, not to exceed one hour, to address the black lung diagnosis and the statute of limitations issue.

- All of the statute of limitations depositions shall be completed within 180 days of the entry of the scheduling order.
- 3M will have 60 days after the completion of the preliminary depositions to file dispositive motions based on the expiration of the statute of limitations.
- After the Court has ruled on the statute of limitations motions, the Court will enter a scheduling order for the remaining Plaintiffs to complete fact discovery, disclose fact witnesses and experts, complete expert discovery and file additional dispositive motions as well as Daubert motions and motions in limine.

I am available to discuss a proposed CMP over the phone next week. Or, we can simply address proposals by email. Let me know your availability to discuss a CMP in these two cases early next week.

Thank you for your cooperation.

Byron N. Miller
Thompson Miller & Simpson PLC
734 West Main Street, Suite 400
Louisville, KY 40202
502.585.9900 – Office
502.836.5500 - Mobile
502.585.9993 – Facsimile

TMS THOMPSON MII
& SIMPSON PLC

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

**Mike Bender**

**From:** Byron Miller
**Sent:** Monday, May 22, 2023 10:06 AM
**To:** Johnny Givens; Mike Martin; Glenn Hammond
**Cc:** Bryant Spann; Rob Akers; Mike Bender
**Subject:** Re: Brian Adams and Charles Mounts

**Importance:** High

Glenn –

It appears the ball is in your court. Please get back to me as soon as you can since we need to submit a status report to the Court no later than this Friday (May 26th).

Thanks, Byron

Byron N. Miller
Thompson Miller & Simpson PLC
734 West Main Street, Suite 400
Louisville, KY 40202
502.585.9900 – Office
502.836.5500 - Mobile
502.585.9993 – Facsimile

TMS THOMPSON MI
& SIMPSON PLC

---

**From:** Johnny Givens <johnny@givens-law.com>
**Date:** Monday, May 22, 2023 at 9:51 AM
**To:** Byron Miller <bmiller@tmslawplc.com>, Mike Martin <mmartin@martinwaltonlaw.com>, Glenn Hammond <gmhlaw@hotmail.com>
**Cc:** Bryant Spann <BSpann@tcspllc.com>, Rob Akers <RAkers@tcspllc.com>, Mike Bender <mbender@tmslawplc.com>
**Subject:** RE: Brian Adams and Charles Mounts

Since we have asked to withdraw as counsel for all plaintiffs, I do not believe Mike and I are in a position to agree to anything on behalf of the clients.

GIVENS LAW FIRM, PLLC
www.givens-law.com

**Johnny Givens**

Direct: (601) 844-4490
Mobile: (601) 573-1890
Fax: (601) 651-3948

240 Trace Colony Park Drive, Suite 100
Ridgeland, Mississippi 39157

www.givens-law.com

MS Bar No. 101561
KY Bar No. 98938
WV Bar No. 13949

**From:** Byron Miller <bmiller@tmslawplc.com>
**Sent:** Friday, May 19, 2023 2:17 PM
**To:** Mike Martin <mmartin@martinwaltonlaw.com>; Johnny Givens <johnny@givens-law.com>; Glenn Hammond <gmhlaw@hotmail.com>
**Cc:** Bryant Spann <BSpann@tcspllc.com>; Rob Akers <RAkers@tcspllc.com>; Mike Bender <mbender@tmslawplc.com>
**Subject:** Brian Adams and Charles Mounts
**Importance:** High

Dear Counsel:

In keeping with the 5/15/23 Orders of Judge Wier in the above-styled actions, the following is a detailed case management plan that I propose we submit (jointly, if possible) to the Court no later than May 26, 2023:

- Within 60 days, all plaintiffs shall answer under oath a short form set of interrogatories identifying the following:
    1. What 3M respirator products (8710, 8715, 8210) they used and what years they used them;
    2. When they were first diagnosed with CWP (black lung) and by whom;
    3. Whether they have filed state and/or federal black lung claims;
    4. The date they first consulted with a lawyer about a respirator lawsuit.
- Within 60 days, all plaintiffs shall produce (1) the engagement letter and the intake form from the first lawyer retained by the plaintiff for a respirator lawsuit, and (2) written authorizations to obtain state and federal black lung records and Social Security Earnings records.
- If any Plaintiff does not produce the foregoing preliminary information within 60 days, the court will dismiss his claim without prejudice. The Plaintiff will have another 60 days to comply with the preliminary discovery or his case will be dismissed with prejudice.
- Any Plaintiff who was diagnosed with CWP (black lung) more than one year prior to the filing of the Complaint, shall submit to a short deposition, not to exceed one hour, to address the black lung diagnosis and the statute of limitations issue.
- All of the statute of limitations depositions shall be completed within 180 days of the entry of the scheduling order.
- 3M will have 60 days after the completion of the preliminary depositions to file dispositive motions based on the expiration of the statute of limitations.
- After the Court has ruled on the statute of limitations motions, the Court will enter a scheduling order for the remaining Plaintiffs to complete fact discovery, disclose fact witnesses and experts, complete expert discovery and file additional dispositive motions as well as Daubert motions and motions in limine.

I am available to discuss a proposed CMP over the phone next week. Or, we can simply address proposals by email. Let me know your availability to discuss a CMP in these two cases early next week.

Thank you for your cooperation.

Byron N. Miller
Thompson Miller & Simpson PLC
734 West Main Street, Suite 400
Louisville, KY 40202
502.585.9900 – Office
502.836.5500 - Mobile
502.585.9993 – Facsimile

TMS THOMPSON MI[illegible]
& SIMPSON PLC

*The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

**Mike Bender**

| | |
|---|---|
| **From:** | Byron Miller |
| **Sent:** | Friday, May 26, 2023 1:13 PM |
| **To:** | Glenn Hammond |
| **Cc:** | rakers@tcspllc.com; Mike Bender; bspann@tcspllc.com; cbrowning@stites.com; rconnolly@stites.com; pgault@napiergaultlaw.com; trent.spurlock@dinsmore.com; estartsman@stites.com; wwatt@stites.com; alice.jones@dinsmore.com |
| **Subject:** | Re: Brian Adams and Charles Mounts |

Glenn -

Messrs. Martin and Givens are still counsel of record, so I will need to include them on any and all communications with you regarding these cases.

Judge Wier's order was just that. An order, not a request. We have to file something today to comply with his order. We will be submitting a joint Defendants' proposed Case Management Plan today.

I am certainly willing to engage in discussions regarding the CMP. Please inform the defense counsel on this email your availability in the next 10 days for a Zoom call to discuss the CMP.

Thanks. Byron

Sent from my iPhone

> On May 26, 2023, at 10:47 AM, Glenn Hammond <glennH@gmhlawoffice.com> wrote:
>
> Good morning,
>
> This email is sent in regard to our current dust mask litigation.
>
> As you have been made aware by Messrs. Martin and Givens, the Martin Walton Law Firm and the Givens Law Firm are no longer associated with Glenn Martin Hammond Law Offices. As such, they should no longer be included on any future correspondence related to our cases.
>
> Additionally, I am contacting you regarding the scheduling order that was requested by Judge Wier. I would like to request 10 additional days to discuss this matter.
>
> Please do not hesitate to contact me with any questions.
>
> Best,
> Glenn Martin Hammond, Esq.