# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-86-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, BRIAN ADAMS, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Brian Adams, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **AO 2090N & 3M**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **16 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and; No

b. Identify the date of that diagnosis. N/A

**ANSWER:** **No.**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **No**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **6/17/2020**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*
Hon. Byron N. Miller
Hon. Michael J. Bender

THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, JAMES ADKINS', ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, James Adkins, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **DF66 / 3M paper**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **33 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please: Yes

a. Identify the physician who made the diagnosis and; Federal Black Lung Dr

b. Identify the date of that diagnosis

**ANSWER** N/A

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Yes / Social Security Disability 2016**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 7/28/2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff James Adkins***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, TIM BALTHIS , ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Tim Balthis , and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M / DF66 / DF88 / AO R2905**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 31 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: No.**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or claim related to black lung? If so, specify the type of each such claim and date it was filed. Social Security Disability

**ANSWER: No.**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 4/21/2020**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, EDDIE BRANHAM, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Eddie Branham, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **3M**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **37 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **a.) Physician with SBL Claim**

**b.) 2015**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: State black lung in 2015**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 12/03/2022**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, Eddie Branham, after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

Eddie Branham
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Eddie Branham this the 22 day of September, 2023.

My Commission Expires: 9/24/2023.

Notary ID #: 629499

Lesley M. Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Oscar Collins, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Oscar Collins, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M, Cabot 2090N, DF66, DF77,DF88**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1974-2015**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: A. Dr. Forehand**

**B. 2016**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: SSD 2016, Workers' Compensation WT;HL 2016**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 4-16-2021**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the ____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Colin Cook, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Colin Cook, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: DF66, Cabot 2090N**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1982-2000**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: N/A**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Social Security Disability 2000, Workers' Compensation 2000**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 9-24-2020**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Brian Dotson, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Brian Dotson, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M Paper, DF66, DF77**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1998-2015**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: N/A**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Workers Compensation 2000**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 2-18-2020**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the ____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Brandon Fleming, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Brandon Fleming, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **3M Paper, DF66, DF77, DF88, AO**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **1997-2006**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **A. Norton Community Hospital**

**B. 2017**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Social Security Disability 2010**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 4-27-2020**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, Brandon Fleming, after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

Brandon Fleming
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Brandon Fleming this the 22nd day of September, 2023.

My Commission Expires: 9/24/2023

Notary ID #: 629499

Lesley M. Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Joshua Fleming, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Joshua Fleming, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **1995-2020**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **A. Dr. Alam**

**B. 2015**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **N/A**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **4-3-2020**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, JOSEPH HORNE, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Joseph Horne, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3m DF66 Cabot 2090N Dual filter similar to cabot**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 35 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: a) Dr. Mahmood Alam**

**b) 1997**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Black Lung 2009**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 02/04/2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, Joseph Horne after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

Joseph Horne
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Joseph Horne this the 22nd day of September, 2023.

My Commission Expires: 9/24/2023.

Notary ID #: 629499

Lesley M Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al., PLAINTIFFS,**

**VS.**

**3M COMPANY, et al., DEFENDANTS.**

---

**PLAINTIFF, TROY HUNT, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Troy Hunt, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 32 years (8-10 months surface)**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: a) Norton Community Hospital**

**b) 1986**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **SS/DIB - filed 1998 / awarded 1999**

**Black Lung - filed 1986**

**Federal Black Lung – filed 2016 / awarded 2017**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **11/19/2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the ____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com

rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*
Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, Roger Matney, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Roger Matney, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1961-1999**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: A. SBL Test**

**B.2000**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: SS & WC**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 1-19-2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the ____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al., PLAINTIFFS,**

**VS.**

**3M COMPANY, et al., DEFENDANTS.**

---

**PLAINTIFF, EDWARD MOORE'S, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Edward Moore, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **Cabot 2090N, DF88,**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **1973 to 2010.**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **Yes. Dr. Myers in 1993.**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Yes. Plaintiff filed a claim for state black lung benefits in 1993 and was awarded RIB benefits.**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 7/6/2022.**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, E R M, after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

Edward Ray Moore
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Edward Moore this the 22nd day of September, 2023.

My Commission Expires: 9/24/2023.

Notary ID #: 629499

Lesley M. Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, RONNIE MULLINS', ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Ronnie Mullins, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **3M paper.**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **1978 to 2014.**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **No.**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: No black lung diagnosis.**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 5/27/2021.**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, Ronnie Mullins, after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

Ronnie Mullins
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Ronnie Mullins this the 22nd day of September, 2023.

My Commission Expires: 9/24/2023.

Notary ID #: 629499

Lesley M. Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al., PLAINTIFFS,**

**VS.**

**3M COMPANY, et al., DEFENDANTS.**

---

**PLAINTIFF, DAVID NEWSOME, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, **David Newsome,** and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M Paper; DF 66 ; DF 88**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1975-2001**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: a) State Black Lung Physician**

**b) 2001**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **State black lung claim in 2001.**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **1/14/2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, DAVID NEWSOME after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

David Newsome
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** Pike

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by David Newsome this the 22nd day of September, 2023.

My Commission Expires: 9/24/2023.

Notary ID #: 629499

Lesley M Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al., PLAINTIFFS,**

**VS.**

**3M COMPANY, et al., DEFENDANTS.**

---

**PLAINTIFF, DENNIE PUGH, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, **Dennie Pugh**, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: DF 66; DF 88; DF 77; Cobot 2090N**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1985-1997**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: N/A**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **NO**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **8/26/2020**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the _____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety*
*Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical*
*Corporation; Cabot CSC Corporation*
*and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, ROGER DALE STATON, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, Roger Dale Staton, and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **3M**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **45 years**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **a.)**

**b.)**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER:** **SS/DIB Retirement 2012 / Awarded**

**Black Lung**

**Federal Black Lung – 2019 / Awarded 2019-2020**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER:** **02-23-2021**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the ____ day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com

rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*
Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, JOHN STEWART, ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, **John Stewart,** and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER: 3M Paper; DF 66, 77, 88**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER: 1994-2016**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER: a) Dr. Alam**

**b) 2021**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: SS Disability 2006; WC 2008**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 10/28/2021**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***
**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, John Stewart, after being duly sworn, hereby state that the foregoing answers to interrogatories are true and accurate to the best of my knowledge.

John Stewart
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF PIKE**

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by John Stewart this the 26 day of September, 2023.

My Commission Expires: 9/24/2027.

Commission #: KYNP 78356

**NOTARY PUBLIC, STATE AT LARGE**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, AJ THORNSBERRY , ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, **AJ Thornsberry** , and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **AO 2090N; Cobot 2090N**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **1977-1991**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **a) Pikeville Medical Center Physician**

**b) 2016**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: NO**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 9/22/2021**

**Respectfully Submitted,**

***/s/ Glenn M. Hammond***

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28TH day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, A J Thorsberry, after being duly sworn, hereby state that the answers to the foregoing Interrogatories are true and accurate to the best of my knowledge.

A J Thorsberry
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF** PIKE

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by AJ Thorsberry this the 14 day of September, 2023.

My Commission Expires: 9/24/2023

Notary ID #: 629499

Lesley M Bronson
**NOTARY PUBLIC, STATE AT LARGE**

LESLEY M. BRONSON
Notary Public-State at Large
KENTUCKY - Notary ID # 629499
My Commission Expires 09-24-2023

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:21-CV-82-REW-CJS**

**BRIAN ADAMS, et al.,** **PLAINTIFFS,**

**VS.**

**3M COMPANY, et al.,** **DEFENDANTS.**

---

**PLAINTIFF, STACY TROTTER , ANSWERS TO DEFENDANT'S JOINT SET OF INTERROGATORIES TO ALL PLAINTIFFS**

---

COMES the plaintiff, **Stacy Trotter** , and for his answers to the defendant's joint set of interrogatories to all plaintiffs, states as follows:

**INTERROGATORY NO. 1:** Identify the make and model of each respirator or "dust mask" you used during your coal mining career.

**ANSWER:** **NONE WORN**

**INTERROGATORY NO. 2:** For each product identified in response to Interrogatory 1, identify the years when plaintiff used that product while mining coal.

**ANSWER:** **2002-2020**

**INTERROGATORY NO. 3:** If plaintiff has been diagnosed with black lung disease (including coal workers pneumonoconiosis or silicosis), please:

a. Identify the physician who made the diagnosis and;

b. Identify the date of that diagnosis.

**ANSWER:** **a) SBL Claim; Physician at Norton Community Hospital**

**b) January 2021**

**INTERROGATORY NO. 4:** Has plaintiff filed a state workers' compensation, USDOL, or Social Security Disability claim related to black lung? If so, specify the type of each such claim and date it was filed.

**ANSWER: Yes, state black lung claim referenced above.**

**INTERROGATORY NO. 5:** Identify the date on which the plaintiff first consulted with any lawyer about a "dust mask" or respirator lawsuit.

**ANSWER: 12/4/2020**

**Respectfully Submitted,**

*/s/ Glenn M. Hammond*

**HON. GLENN M. HAMMOND**
**ATTORNEY AT LAW**
**P.O. BOX 1109**
**5476 North Mayo Trail**
**PIKEVILLE, KY 41502-1109**
**PHONE: (606) 437-7777**
**FAX: (606) 437-1004**
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to further certify that the original of this document is maintained by the undersigned and available for copying and inspection upon appointment, and a true and correct copy of the foregoing answers to interrogatories was served by mailing same, postage prepaid, and/or by electronic mail, on this the 28th day of September, 2023, to:

Hon. Bryant J. Spann
Hon. Robert H. Akers
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Ste. 1380
Charleston, West Virginia 25301
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com
*Counsel for Defendant 3M Company*

Hon. Byron N. Miller
Hon. Michael J. Bender
THOMPSON MILLER & SIMPRON PLC
734 West Main Street, Ste. 400
Louisville, KY 40202
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

Hon. M. Trent Spurlock
Hon. Alice A. Jones
Dinsmore & Shohl, LLP
101 South Fifth Street, Ste. 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Alice.jones@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Safety Appliances Company*

Hon. Whitney Frazier Watt
Hon. Robert M. Connolly
Hon. Carol Dan Browning
Hon. Whitney Frazier Watt
Hon. Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Ste. 1800
Louisville, KY 40202
rconnolly@stites.com
cbrowning@stites.com
wwatt@stites.com
estartman@stites.com
*Counsel for Defendants American Optical Corporation; Cabot CSC Corporation and Cabot Corporation*

***/s/ Glenn M. Hammond***
HON. GLENN MARTIN HAMMOND
*Counsel for Plaintiff*

**VERIFICATION:**

I, Stacy Trotter, after being duly sworn, hereby state that the foregoing answers to interrogatories are true and accurate to the best of my knowledge.

Stacy Trotter
**PLAINTIFF**

**STATE OF KENTUCKY**
**COUNTY OF PIKE**

**SUBSCRIBED, SWORN, AND ACKNOWLEDGED BEFORE ME** by Stacy Trotter this the 27 day of September, 2023.

My Commission Expires: 9/24/2027.

Commission #: KYNP78356

[signature]
**NOTARY PUBLIC, STATE AT LARGE**