UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRIAN ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 7:21-CV-00082-REW-CJS |
| | ) | |
| 3M COMPANY, *et al.* | ) | JOINT MOTION FOR |
| | ) | VOLUNTARY DISMISSAL |
| Defendants | ) | OF CERTAIN PLAINTIFFS' |
| | ) | CLAIMS |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Fed. R. Civ. P. 21 and the Scheduling Order [DE 256], the Plaintiffs identified on Exhibit 1 to this Motion ("Moving Plaintiffs") and all Defendants jointly move to dismiss the Moving Plaintiffs' claims against all Defendants with prejudice, with each party to bear its own costs. The Moving Plaintiffs are represented by Whiteford, Taylor & Preston, LLP and Peterson Law Office, PLLC.

This Joint Motion is intended to dismiss the claims of the Moving Plaintiffs only. It is not brought on behalf of any of the other Plaintiffs and is not intended to affect any other Plaintiff's claims.

A proposed order is tendered with this Joint Motion. If it meets with the Court's approval, the Moving Plaintiffs and Defendants respectfully request its entry.

4931-9960-1270, v. 1

Respectfully submitted,

HOMPSON MILLER & SIMPSON PLC


*/s/ Michael J. Bender*
Byron N. Miller
Michael J. Bender
734 West Main Street, Suite 400
Louisville, KY 40202
Telephone: (502) 585-9900
Facsimile: (502) 585-9993
bmiller@tmslawplc.com
mbender@tmslawplc.com
mhess@tmslawplc.com
mhendricks@tmslawplc.com

And

Bryant J. Spann
Robert H. Akers
THOMAS COMBS & SPANN
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1800
Facsimile: (304) 414-1801
bspann@tcspllc.com
rakers@tcspllc.com
jbrowne@tcspllc.com
lgibson@tcspllc.com

And

J. William Manuel (pro hac vice)
James Stephen Fritz, Jr. (pro hac vice)
Jason D. Tullos (pro hac vice)
BRADLEY ARANT BOULT CUMMINGS LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
wmanuel@bradley.com
sfritz@bradley.com
jtullos@bradley.com

2

And

Stephen G.A. Myers (pro hac vice)
IRWIN FRITCHIE URQUHART
MOORE & DANIELS LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
smyers@irwinllc.com
*Counsel for Defendant 3M Company*


*/s/ Carol Dan Browning (by MJB with permission)*
Carol Dan Browning
Whitney Fraizer Watt
Emily L. Startsman
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
cbrowning@stites.com
wwatt@stites.com
estartsman@stites.com
*Counsel for Defendants American Optical Corporation, Cabot CSC Corporation, Cabot Corporation, Aearo Technologies, LLC, and Aearo, LLC*


*/s/ John Budig (by MJB with permission)*
Nicholas Johnson
John A. Budig
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
njohnson@baileyglasser.com
jbudig@baileyglasser.com
mdennis@baileyglasser.com

Charles J. Baird
Daivd L. Baird
Baird & Baird, PSC
162 Second Street
P.O. Box 351

3

Pikeville, KY 41502
cbaird@bairdandbaird.com
dbaird@bairdandbaird.com
bmoore@bairdandbaird.com

M. Trent Spurlock
Dinsmore & Shohl, LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Trent.spurlock@dinsmore.com
Brenda.goodhue@dinsmore.com
*Counsel for Defendant Mine Respirator Company,
LLC (f/k/a Mine Safety Appliances Company, LLC)*

*/s/ Joseph E.H. "Eric" Atkinson (by MJB with
permission)*
Joseph E.H. "Eric" Atkinson (pro hac vice)
jeatkinson@whitefordlaw.com
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219-4000
Telephone: 804.977.3305
Facsimile: 804.799.7866
*Counsel for Moving Plaintiffs*

AND

Masten Childers, III, Esq. (KBA # 94898)
Sarah E. Cooley, Esq. (KBA # 99993)
Madeleine R. Hamlin, Esq. (KBA #100019)
Whiteford, Taylor & Preston, LLP
161 N. Eagle Creek Drive, suite 210
Lexington, Kentucky 40509
Telephone: (859) 687-6699
Facsimile: (859) 263-3239
mchilders@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Moving Plaintiffs*

AND

4

Justin S. Peterson, Esq. (KBA #92633)
Kellie M. Collins, Esq. (KBA #92509)
Peterson Law Office, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
Telephone: (859) 469-6390
Facsimile: (859) 469-6391
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
*Counsel for Moving Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served and/or mailed this 30th day of October 2025:

| | |
|---|---|
| Joseph E.H. Atkinson<br>Whiteford, Taylor & Preston, LLP<br>1021 E. Cary Street, Suite 2001<br>Richmond, VA 23219<br>jeatkinson@whitefordlaw.com<br>cwagner@whitefordlaw.com<br>*Counsel for the WTP Plaintiffs* | Masten Childers, III<br>Aaron M. Oppegard<br>Sarah E. Cooley<br>Madeleine R. Hamlin<br>Daniel Gaus<br>Whiteford, Taylor & Preston, LLP<br>161 N. Eagle Creek Drive, Suite 210<br>Lexington, KY 40509<br>mchilders@whitefordlaw.com<br>aoppegard@whitefordlaw.com<br>scooley@whitefordlaw.com<br>mhamlin@whitefordlaw.com<br>dgaus@whitefordlaw.com<br>*Counsel for the WTP Plaintiffs* |
| Justin S. Peterson<br>Kellie M. Collins<br>Peterson Law Office, PLLC<br>2424 Harrodsburg Road, Suite 205<br>Lexington, KY 40503<br>justin@justinpetersonlaw.com<br>kellie@justinpetersonlaw.com<br>jennifer@justinpetersonlaw.com<br>Laura@justinpetersonlaw.com<br>dmteam@justinpetersonlaw.com<br>*Counsel for the WTP Plaintiffs* | Michael B. Martin<br>Martin Walton Law Firm<br>699 S. Friendswood Drive, Suite 106<br>Houston, TX 77546-4580<br>mmartin@martinwaltonlaw.com<br>beth@martinwaltonlaw.com<br>tiffany@martinwaltonlaw.com<br>*Counsel for Plaintiffs Tim and Francis Balthis, Patricia Blair, Individually, and as Executrix of the Estate of Roger Blair, Colin and Jamie Cook, Brian and Nikki Dotson, Brandon and Jessica Fleming, Benjamin and Alivia Perry, Dennie and Mary Pugh, Robert and Celesta Pugh, and Roger and Betty Staton* |

| | |
|---|---|
| Johnny Givens<br>Givens Law Firm, PLLC<br>240 Trace Colony Park Drive, Suite 100<br>Ridgeland, MS 39157<br>johnny@givens-law.com<br>jeanreid@givens-law.com<br>*Counsel for Plaintiffs Tim and Francis Balthis, Patricia Blair, Individually, and as Executrix of the Estate of Roger Blair, Colin and Jamie Cook, Brian and Nikki Dotson, Brandon and Jessica Fleming, Benjamin and Alivia Perry, Dennie and Mary Pugh, Robert and Celesta Pugh, and Roger and Betty Staton* | James Hamilton<br>Jonah L. Stevens<br>Destiny S. Hamilton<br>Hamilton & Stevens, PLLC<br>P.O. Box 1286<br>Pikeville, KY 41502<br>james@hamiltonstevenslaw.com<br>jonah@hamiltonstevenslaw.com<br>destiny@hamiltonstevneslaw.com<br>shanna@hamiltonstevenslaw.com<br>hamiltonstevens@hamiltonstevenslaw.com<br>*Counsel for Plaintiffs Tim and Francis Balthis, Patricia Blair, Individually, and as Executrix of the Estate of Roger Blair, Colin and Jamie Cook, Brian and Nikki Dotson, Brandon and Jessica Fleming, Benjamin and Alivia Perry, Dennie and Mary Pugh, Robert and Celesta Pugh, and Roger and Betty Staton* |
| Robert M. Connolly<br>Carol Dan Browning<br>Whitney Frazier Watt<br>Emily L. Startsman<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>rconnolly@stites.com<br>cbrowning@stites.com<br>wwatt@stites.com<br>estartsman@stites.com<br>*Counsel for Defendants American Optical Corporation, Cabot CSC Corporation, and Aearo Technologies, LLC* | Nicholas Johnson<br>John A. Budig<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>njohnson@baileyglasser.com<br>jbudig@baileyglasser.com<br>mdennis@baileyglasser.com<br>*Counsel for Defendant Mine Respirator Company, LLC (f/k/a Mine Safety Appliances Company, LLC)* |
| Charles J. Baird<br>David L. Baird<br>Baird & Baird, PSC<br>162 Second Street<br>P.O. Box 351<br>Pikeville, KY 41502<br>cbaird@bairdandbaird.com<br>dbaird@bairdandbaird.com<br>bmoore@bairdandbaird.com<br>*Counsel for Defendant Mine Respirator Company, LLC (f/k/a Mine Safety Appliances Company, LLC)* | M. Trent Spurlock<br>Dinsmore & Shohl, LLP<br>101 South Fifth Street, Suite 2500<br>Louisville, KY 40202<br>Trent.Spurlock@Dinsmore.com<br>Brenda.Goodhue@Dinsmore.com<br>*Counsel for Defendant Mine Respirator Company, LLC (f/k/a Mine Safety Appliances Company, LLC)* |

| William English<br>Napier Gault Schupbach & Stevens PLC<br>730 West Main Street, Suite 400<br>Louisville, KY 40202<br>wenglish@napiergaultlaw.com<br>abury@napiergaultlaw.com<br>*Counsel for Defendants Mine Service Company, Inc. and Kentucky Mine Supply Company* | |

/s/ Michael J. Bender
*Counsel for Defendant 3M Company*

4931-9960-1270, v. 1