UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRIAN ADAMS *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:21-CV-82-REW-CJS |
| | ) | |
| 3M COMPANY *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

* * * * * * * * *

Before the Court are two Joint Motions to Dismiss as to those Plaintiffs incorporated by reference in DE 339-1 and DE 347-1 and various groupings of Defendants. *See* DE 339; 347. Pursuant to Rule 21 of the Federal Rules of Civil Procedure[1] and the facts presented, in accordance with the substance and terms of the parties' submissions, which appear just, the Court **DISMISSES** with prejudice the claims of:

1. Plaintiffs incorporated by reference in DE 339-1 against 3M Company; American Optical Corporation; Cabot CSC Corporation; Cabot Corporation; Aearo Technologies, LLC; Aearo, LLC; and Mine Safety Appliances Company, LLC;[2] and

---

[1] Rule 21 is the appropriate vehicle for dismissing only part of an action. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party. The Court may also sever any claim against a party."); *see also United States ex rel. Doe v. Preferred Care, Inc.*, 326 F.R.D. 462, 464 (E.D. Ky. 2018) (directing "parties [to] use Rule 21 to dismiss only portions of claims or defendants[,]" and collecting supportive cases).

[2] The Parties represent that the Moving Plaintiffs "and *all* Defendants jointly move to dismiss the Moving Plaintiffs' claims against *all* Defendants with prejudice[.]" *See* DE 339 at 1 (emphasis added). However, Defendants Regina Mine Supply, Inc.; Carbon Mine Supply, Inc.; M & M Mine Supply, Inc.; Kentucky Mine Supply Company; and Mine Service Company do not appear to have joined the Motion. Thus, the Court does not include the non-joined Defendants in this dismissal.

2. Plaintiffs incorporated by reference in DE 347-1 against Mine Safety Appliances Company, LLC.

This Order shall not affect any other claims the Plaintiffs have against any other Defendants. Per the terms of the Joint Motions, the Parties shall bear their own costs.

This the 11th day of November, 2025.

Signed By:

_Robert E. Wier_

**United States District Judge**